IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROLAND I. KEHANO, SR., #A0134841, </br></br> Plaintiff, </br></br> vs. </br></br> SCOTT HARRINGTON, LYLE ANTONIO, GARY KAPLAN, KEONI MOIERRA, PAUL NIESEN, STATE OF HAWAII, </br></br> Defendants. | CIV. NO. 19-00018 SOM-KJM </br></br> DISMISSAL ORDER |

**<u>DISMISSAL ORDER</u>**

Before the court is pro se Plaintiff Roland I. Kehano, Sr.'s prisoner civil rights complaint. Kehano, who is a Hawaii state prisoner, has submitted neither the civil filing fee for commencing this action nor an *in forma pauperis* ("IFP") application. Kehano seeks to hold Halawa Correctional Facility (HCF) prison officials liable for the death of his son, Shane Kehano, in December 2015, allegedly due to negligent medical treatment that Shane received at the Maui Memorial Hospital. Kehano does not explain what

connection Defendants HCF prison officials had to Shane Kehano's treatment and death.

## I. 28 U.S.C. § 1915(g)

Kehano has accrued more than three strikes pursuant to 28 U.S.C. § 1915(g), and the court has previously notified him of these strikes.[1]  He may not proceed without concurrent payment of the filing fee unless his pleadings show that he was in imminent danger of serious physical injury at the time that he brought this action.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007).  Nothing suggests that Kehano is or was in imminent danger of serious physical injury when he filed this action or that there is a continuing practice that injured him in the past that

---

[1] *See, e.g., Kehano v. Pioneer Mill Co.*, 1:12-cv-00448 (D. Haw. Dec. 6, 2012) (dismissing for failure to state a claim); *Kehano v. Espinda*, No. 1:12-cv-00529 (D. Haw. Oct. 24, 2012) (dismissing for failure to state a claim and notifying Kehano that this case, if affirmed, would constitute a strike, and listing his previous two strikes in Arizona); *Kehano v. State*, No. 2:04-cv-00935 (D. Ariz. Oct. 25, 2005) (dismissing for failure to state a claim); *Kehano v. State*, No. 2:05-cv-02475 (D. Ariz. Sept. 8, 2005) (dismissing for failure to state a claim). *See also Andrews v. King*, 398 F.3d 1113, 1116 (9th Cir. 2005) (allowing a court to consider court records of previous dismissals and requiring notice to the prisoner of these dismissals before denying IFP under § 1915(g)).

poses an "ongoing danger." *Id.* at 1056. Rather, Kehano complains of medical malpractice against the Maui Memorial Hospital for the death of his son in December 2015. Kehano may not proceed in this action without concurrent payment of the civil filing fee.

## II. CONCLUSION

(1) This action is DISMISSED without prejudice to Kehano's filing of a new action with concurrent payment of the filing fee.

(2) The February 4, 2019 Deficiency Order, ECF No. 2, is VACATED. The Clerk of Court is DIRECTED to enter judgment and to terminate this case. The court will take no action on any documents filed herein that are not accompanied by the civil filing fee, beyond processing a notice of appeal.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

*Kehano v. Harrington, et al.,* No. 19-cv-00018 SOM-KJM; Dismissal Order